UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DEBORAH L. MARYNAK,

Plaintiff,

v.

BLATCHFORD SEMINARS,

Defendant.

CIVIL NO. 01-1063 (DSD)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: June 18, 2001

JOHN M. MASON
United States Magistrate Judge

2

Filed JUN 18 2001
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

Date: June 19, 2001 jr

---

R E C O R D   O F   D O C K E T   T E X T

---

0:01-cv-01063 Marynak v. Blatchford Seminars

------------
DOCKET ENTRY
------------

ORDER OF RECUSAL (Magistrate Judge John M. Mason) Case referred to Magistrate Judge Franklin L. Noel (4:01 AD 234). Case number remains the same except for initials (01-1063 DSD/FLN). Number with new initials to be used on all future pleadings in this civil action. 1pg(s) (cc: all counsel)

Hon. David S Doty, Judge

THIS NOTICE SENT TO ALL COUNSEL